384 A.2d 981

Citizens National Bank of Evans City v. Mr. "B" Realty Corporation (et al., Appellants).

Argued November 22, 1977. James C. Larrimer, with him Dougherty, Larrimer & Lee, for appellants; Robert F. Wagner, with him Brandt, Milnes, Rea & Malone, for appellee.

Order affirmed; petition for reargument denied March 7, 1978.